213 So.2d 806

**Ex parte HUGULEY WATER SYSTEM et al.**

**5 Div. 867.**

Supreme Court of Alabama.

Aug. 26, 1968.

London, Yancey, Clark & Allen and Thos. R. Elliott, Jr., Birmingham, and Ball & Ball, Montgomery, for petitioners.

Samford, Torbert & Denson, John V. Denson, II, and W. F. Horsley, Opelika, for respondent.

KOHN, Justice.

This is a companion case to that of Ex parte Huguley Water System, 5 Div. 866,

282 Ala. 633, 213 So.2d 799. The issues in the two cases are identical and the Writ is denied upon the authority cited, supra.

LIVINGSTON, C. J., and SIMPSON, MERRILL, COLEMAN and HARWOOD, JJ., concur.